

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 17-mj-758 |
| Santiago Benito Mercado-Aguayo, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __April 13__, ____, at __10:00__ ☒ a.m. / ☐ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20, 312 N. Spring St, LA, CA 90012__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/10/17__                 _____
                                   U.S. District Judge/Magistrate Judge